**Varnell Louis BRADLEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 79181**

Missouri Court of Appeals,
Western District.

ORDER FILED: January 17, 2017

Mark Grothoff, Columbia, MO, Counsel for Appellant

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent

Before Division Three: Alok Ahuja, P.J., Victor C. Howard, and James Edward Welsh, JJ.

**ORDER**

Per Curiam:

Varnell Bradley appeals from the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).